UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>FILIBERTO ROJAS CORDOVA a/k/a<br>Antonio Talavera-Ruiz,<br><br>           Defendant. | No. CR-09-6038-FVS-1<br><br>ORDER DENYING MOTION TO QUASH WARRANT |

**THE DEFENDANT** having moved to quash a warrant that was issued for his arrest on or about November 22, 2011; and the Court having reviewed the record and determined there is no basis for quashing the warrant; Now, therefore

**IT IS HEREBY ORDERED:**

The defendant's motion to quash an arrest warrant (**ECF No. 30**) is **denied.**

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to the defendant and to counsel for the United States.

**DATED** this ___22nd___ day of January, 2013.

                                  s/ Fred Van Sickle
                                    Fred Van Sickle
                     Senior United States District Judge

Order - 1